COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-08-252-CV

GREG LYNN CAREY
 
APPELLANT 

V.

 TONY DAUPHINOT
 APPELLEE

 
 

----------

FROM THE 325
TH
 DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Respondent Greg Carey’s Notice Of Dismissal Of Appeal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL D:  WALKER, J.; CAYCE, C.J.; and MCCOY, J.

DELIVERED:  July 10, 2008  

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.